U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

AUG 1 9 2008

CLERK, U.S. DISTRICT COURT
By _____
Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

LITTLE JOE CORDERO, §
 §
   Petitioner, §
 §
v. § 2:05-CV-0140
 §
NATHANIEL QUARTERMAN, Director, §
Texas Department of Criminal Justice, §
Correctional Institutions Division, §
 §
   Respondent. §

## ORDER OVERRULING OBJECTIONS, ADOPTING REPORT AND RECOMMENDATION, and SUPPLEMENTAL REPORT AND RECOMMENDATION, and DENYING PETITION FOR A WRIT OF HABEAS CORPUS

Petitioner has filed with this Court an application for a writ of habeas corpus by a person in state custody. On June 26, 2008, the United States Magistrate Judge issued a Report and Recommendation in this cause, recommending therein that habeas relief be denied. On July 17, 2008, petitioner filed objections to the Report and Recommendation. On July 22, 2008, the Magistrate Judge issued a Supplemental Report and Recommendation, addressing petitioner's objections to the Report and Recommendation. As of this date, petitioner has not filed objections to the Supplemental Report and Recommendation.

The undersigned United States District Judge has made an independent examination of the record in this case and has considered the objections made by petitioner to the Report and Recommendation.

The objections filed by petitioner are without merit and are hereby OVERRULED. The Magistrate Judge's Report and Recommendation and Supplemental Report and Recommendation

are hereby ADOPTED. Accordingly, the petition for a writ of habeas corpus filed by petitioner LITTLE JOE CORDERO is hereby DENIED.

IT IS SO ORDERED.

ENTERED this ___18th___ day of ___August___ 2008.

_____
MARY LOU ROBINSON
UNITED STATES DISTRICT JUDGE